

Littler Mendelson, PC
290 Broadhollow Road, Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
dsgomez@littler.com

May 29, 2025

> The Court will grant a one time adjournment from June 9 to June 23, 2025, at 12:00 p.m.
> Call-In: 855-244-8681 Access Code: 2305 810 3970#
> SO ORDERED.
> Dated: 5/29/25
>
> _____
> P. Kevin Castel
> United States District Judge

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** Brenda Warkow v. S&P Global Inc. and Martina Cheung,
Case No. 1:25-cv-03007-PKC

Dear Judge Castel:

We represent Defendants S&P Global Inc. and Martina Cheung ("Defendants") in the above-referenced case.  We write to respectfully request an adjournment the Initial Pretrial Conference scheduled for June 9, 2025, and accompanying requirement to submit a joint letter in advance of the conference. *See* Dkt. 5. The Parties are scheduled to participate in a mediation on May 30, 2025 in an effort to resolve the matter before Court intervention is necessary. As such, an adjournment of the Initial Pretrial Conference until June 23, 2025 will allow for adequate time for the Parties to engage in mediation, and if necessary, for Defendants to respond to the Complaint in advance of the conference. No previous request for adjournment has been made previously. Plaintiff consents to the request.

We thank the Court for its consideration of this request.


Respectfully submitted,

Littler Mendelson, P.C.

*/s/ Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez
Samantha DeRuvo

cc:     All counsel of record (via ECF)